UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY J. FRENCH,<br><br>        Petitioner,<br><br>v.<br><br>JEFFREY A UTTECHT,<br><br>        Respondent. | CASE NO. C19-5345 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITIONER'S HABEAS PETITION WITHOUT PREJUDICE |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 14. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Petitioner's motion for voluntary dismissal, Dkt. 13, is **GRANTED**;

    (3)    Petitioner's federal habeas petition, Dkt. 1, is **DISMISSED without prejudice**; and

    (4)    The Clerk shall close this case.

Dated this 19th day of August, 2019.

*/s/ Benjamin H. Settle*
BENJAMIN H. SETTLE
United States District Judge

ORDER